AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
JESUS TIRADO-MACIEL

Case No: 8:06CR99
USM No: 20611-047

Date of Original Judgment: 10/26/2006
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David R. Stickman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 135 months **is reduced to** 108 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/26/2006 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/06/2015

*Judge's signature*

Effective Date: 11/02/2015
*(if different from order date)*

Joseph F. Bataillon, Senior United States District Judge
*Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: JESUS TIRADO-MACIEL
CASE NUMBER: 8:06CR99
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 33                  Amended Total Offense Level: 31
Criminal History Category: I                      Criminal History Category: I
Previous Guideline Range: 135 to 168 months       Amended Guideline Range: 108 to 135 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Sentenced reduced pursuant to joint stipulation of the parties, Filing No. 163. The defendant's sentence is reduced by 27 months.